UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUDRATE BURTON, | ) | 1:07-CV-0597 OWW DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO RESPOND TO COMPLAINT |
| v. | ) | |
| | ) | |
| L. RUMSEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 4, 2006, plaintiff filed his complaint in the Superior Court of Kings County, and defendants have filed their notice of removal to this court. Defendants have further requested an extension of time to respond to plaintiff's complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days following service of the Court's screening order to file and serve a response to the complaint, should the court find that service is appropriate.

IT IS SO ORDERED.

Dated: **April 20, 2007**           **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE