# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDRATE BURTON, | CASE NO. 1:07-CV-0597-OWW-DLB P |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | |
| RUMSEY, et al., | |
| Defendants. | |

I. <u>Screening Order</u>

    A.    <u>Screening Requirement</u>

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 17, 2007. On October 22, 2007, the Court ordered to plaintiff to advise whether he wanted to proceed only with his cognizable Eighth Amendment claims against defendants Rumsey and McGuinness or whether he wanted to file an amended complaint. On October 31, 2007, plaintiff notified the Court that he wanted to proceed on his Eighth Amendment claims against defendants Rumsey and McGuinness only.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Rumsey and McGuinness.
2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint removed to this court on April 17, 2007.
3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the

attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. (3) copies of the endorsed complaint filed April 17, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated: **August 20, 2008**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE