IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUDRATE BURTON,<br><br>    Plaintiff,<br><br>v.<br><br>L. RUMSEY, P. McGUINNESS,<br><br>    Defendants. | Case No. 1:07-cv-00597-BLW-LMB<br><br>**ORDER** |

The Court has received notice from the prison that Plaintiff is deceased.

Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice.

DATED:  **September 24, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER - 1**