IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUDRATE BURTON,<br><br>            Plaintiff,<br><br>   v.<br><br>L. RUMSEY, P. McGUINNESS,<br><br>            Defendants. | Case No. 1:07-cv-00597-BLW-LMB<br><br>**JUDGMENT** |

Based upon the Order filed on this date, IT IS HEREBY ORDERED,

ADJUDGED, and DECREED that this case is DISMISSED without prejudice.

DATED:  **September 24, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**